UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CITY OF MOUNT VERNON and CITY OF :
MOUNT VERNON URBAN RENEWAL :
AGENCY, :
                Plaintiffs, :
v. :
 :
JAIME MARTINEZ, as Planning Commissioner :
and Executive Director of the Mount Vernon :
Urban Renewal Agency; JAIME MARTINEZ, :
as an Individual, MARCUS GRIFFITH, as :
Councilman of the City of Mount Vernon; :
MARCUS GRIFFITH, as an individual; ANDRE :
WALLACE, as Councilman for the City of :
Mount Vernon; ANDRE WALLACE, as an :
Individual; ROBERT KELLY, as City of Mount :
Vernon Police Commissioner; and ROBERT :
KELLY, as an Individual, :
                Defendants. :
------------------------------------------------------------x

**OPINION AND ORDER**

18 CV 3007 (VB)

As discussed at an on-the-record conference held today and attended in person by all counsel and by pro se defendant Kelly, it is HEREBY ORDERED:

1.      On consent of the parties, discovery shall initially be limited to the question whether plaintiffs' Computer Fraud and Abuse Act claim is timely.

2.      This limited discovery shall be completed by July 31, 2019.

3.      The next conference is scheduled for July 31, 2019, at 11:30 a.m.

The Clerk is directed to mail a copy of this Order to defendant Kelly at the address on the docket.

Dated: April 26, 2019
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge